UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

AUG 17 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA

v.

LANCE KURETZA,

            Defendant.

Criminal No. 1:2022-cr-52

Violations: 18 U.S.C. § 242
18 U.S.C. § 1519

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Deprivation of Rights under Color of Law)

On or about January 20, 2018 in Monongalia County, within the Northern District of West Virginia, **LANCE KURETZA**, then a Deputy Sheriff with the Monongalia County Sheriff's Office, while acting under color of law, willfully deprived Q.G., a person known to the Grand Jury, of his right, secured by the Fourth Amendment to the United States Constitution, to be free from unreasonable seizures, by punching and elbowing Q.G. in the face, striking Q.G. and spraying Q.G. with pepper spray after Q.G. was handcuffed, and kneeing Q.G. while escorting him. The offense included the use of a dangerous weapon and resulted in bodily injury to Q.G.

All in violation of Title 18, United States Code, Section 242.

## COUNT TWO

(Destruction, Alteration, and Falsification of Records)

On or about January 21, 2018 in Monongalia County, within the Northern District of West Virginia, **LANCE KURETZA**, in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly falsified and made a false entry in a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. Specifically, **KURETZA** falsified and made a false entry in his Use of Force Report for Call Number 18-0002459 for his use of force against Q.G. by: 1) falsely stating that he sprayed Q.G. with pepper spray before Q.G. was handcuffed, 2) omitting that he sprayed Q.G. with pepper spray after Q.G. was handcuffed, and 3) omitting that he struck Q.G. after Q.G. was handcuffed.

All in violation of Title 18, United States Code, Section 1519.

A true bill,

/s/_____
Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

/s/_____
KRISTEN M. CLARKE
Assistant Attorney General
Civil Rights Division

Sarah E. Wagner
Assistant United States Attorney

Kyle Boynton
Trial Attorney